IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Marrougi,

Plaintiff(s),

v.

Saul,

Defendant(s).

Case No. 20cv621
Judge Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant's agreed motion for reversal with remand for further administrative proceedings 22 is granted as set forth in the accompanying order.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for reversal with remand.

Date: 10/9/2020                                  Thomas G. Bruton, Clerk of Court

                                                 C. Chambers , Deputy Clerk